```
        IN THE UNITED STATES DISTRICT COURT
     FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
                    CLARKSBURG
```

ALEXANDER KEEFOVER,
individually and on behalf
of all others similarly situated,

      Plaintiff,

v.                                  Civ. Action No. 1:19-CV-188
                                            (Kleeh)

CAPSTONE RESTAURANT GROUP,
LLC and LUND BROWN ENTERPRISES,
LLC, a California Corporation,

      Defendants.

## DISMISSAL ORDER

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the parties filed a Stipulation of Dismissal (ECF No. 22) in the above-referenced civil action on March 27, 2020. Based on that Stipulation and for reasons apparent to the Court, this matter is hereby **DISMISSED WITH PREJUDICE** and stricken from the docket of the Court. All pending motions are **DENIED AS MOOT** (ECF Nos. 11, 13).

The Clerk is **ORDERED** to forward a copy of this order to all counsel of record via the CM/ECF notification system.

DATED: March 27, 2020

                                                  */s/* Thomas S. Kleeh
                                                  THOMAS S. KLEEH
                                                  UNITED STATES DISTRICT JUDGE